**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Brent Thomas Bercier, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Turtle Mountain Tribal Court, | ) | |
| | ) | Case No. 4:08-cr-094 |
| Defendant. | ) | |

___

On November 4, 2008, the plaintiff, Brent Thomas Bercier ("Bercier"), filed what is styled as a complaint pursuant to 42 U.S.C. § 1983. Construing Bercier's complaint as a petition for habeas corpus relief pursuant to Section 1303 of the Indian Civil Rights Act, the court, on November 10, 2008, entered an order to show cause why Bercier's petition should not be granted. The court now finds it necessary to grant Defendant an extension. Accordingly, Defendant shall have until December 19, 2008, to file a response to this court's November 10, 2008, order.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2008.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge